IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith, Marsha A | Case Number:  06 B 12645 |
| | Judge:  Squires, John H |
| Printed:  1/29/08 | Filed:  10/4/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 19, 2007
Confirmed: January 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,400.00 | |
| Secured: | | 1,260.90 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,964.50 |
| Trustee Fee: | | 174.60 |
| Other Funds: | | 0.00 |
| Totals: | 3,400.00 | 3,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 1,964.50 | 1,964.50 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | LaSalle Bank NA | Secured | 1,200.00 | 189.48 |
| 4. | HomeComings Financial Network | Secured | 10,521.76 | 1,071.42 |
| 5. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 6. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 7. | Mohela | Unsecured | 0.00 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 440.03 | 0.00 |
| 9. | Capital One | Unsecured | 204.91 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 698.60 | 0.00 |
| 11. | ER Solutions | Unsecured | 186.86 | 0.00 |
| 12. | LaSalle Bank NA | Unsecured | 2,286.55 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 98.00 | 0.00 |
| 14. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 15. | Blitt & Gaines | Unsecured | | No Claim Filed |
| 16. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Harris & Harris | Unsecured | | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 20. | Harris & Harris | Unsecured | | No Claim Filed |
| 21. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 22. | Harris & Harris | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | Pay Day Loans | Unsecured | | No Claim Filed |
| 25. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Smith, Marsha A

Printed: 1/29/08

Case Number: 06 B 12645
Judge: Squires, John H
Filed: 10/4/06

| | | | |
|---|---|---|---|
| 26. | RMI/MCSI | Unsecured | No Claim Filed |
| 27. | Ameritech | Unsecured | No Claim Filed |
| 28. | The Money Co | Unsecured | No Claim Filed |
| 29. | RMI/MCSI | Unsecured | No Claim Filed |
| 30. | RMI/MCSI | Unsecured | No Claim Filed |
| 31. | Riddle & Assoc | Unsecured | No Claim Filed |
| 32. | H&F Law | Unsecured | No Claim Filed |

$ 17,601.21          $ 3,225.40

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 72.00 |
| 5.4% | 102.60 |

$ 174.60

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_